STATE OF NEW YORK    )
COUNTY OF NASSAU    )ss.:

      I, DONNA MURPHY, being duly sworn, say; I am not a party to this action, am over 18 years of age and reside at Island Trees, New York.

      On January 18, 2008, I served the within Order to Show Cause by depositing a copy thereof enclosed in a **Federal Express** overnight delivery envelope in an official depository under the exclusive care and custody of the Federal Express within New York State, and by **U.S. First Class Mail**, by mailing same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, to each of the following persons at the last known address set forth after each name:

          Mr. Ashraf G. Mandour
          443 84th Street, Apt, 1F
          Brooklyn, New York 11209

                                                      _____
                                                        Donna Murphy

Sworn to before me this
18th day of January, 2008

_____
  Notary Public