UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FIERMAN PRODUCE EXCHANGE INC.
                      Plaintiff,                  Case No.: 07 CIV 9854 (JFK)

-against-

                                            **DEFAULT JUDGMENT**

W.A. PRODUCE CORP. and ASHRAF G. MANDOUR,

                      Defendant.

---

       This action having been commenced on November 7, 2007 by the filing of the Summons and Complaint, and thereafter, a copy of the Summons and Complaint was served on the defendant, ASHRAF G. MANDOUR, and proof of such service having been filed with the Court, and time for the defendant, ASHRAF G. MANDOUR to answer the Complaint having expired, it is

       ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against the defendant, ASHRAF G. MANDOUR, in the liquidated amount of TWENTY EIGHT THOUSAND THREE HUNDRED FORTY-EIGHT and 00/100 ($28,348.00) DOLLARS, with interest at nine percent (9%) from April 18, 2007, plus costs and disbursements of this action in the amount of ONE HUNDRED NINETY AND NO/100 ($190.00) DOLLARS amounting in all to THIRTY ONE THOUSAND FORTY-THREE and 32/100 ($31,043.32) DOLLARS.

Dated: New York, New York
         March 31, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE: 3-31-08

                                                   /s/ John F. Keenan
                                                       U.S.D.J.

                                                   This document was entered on the
                                                   docket on _____.